## DINSMORE v. STATE.
### No. 25309.
Court of Criminal Appeals of Texas.
May 16, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court to the offense of cattle theft, appellant was convicted and assessed punishment at three years in the penitentiary.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.

## DINSMORE v. STATE.
### No. 25308.
Court of Criminal Appeals of Texas.
May 16, 1951.

MORRISON, Judge.

The offense is theft; the punishment, two years' confinement in the penitentiary.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for consideration.

The judgment of the trial court is affirmed.